

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Vincent P. Rascon,

\* From the 318th District Court
of Midland County,
Trial Court No. FM-56,937.

No. 11-22-00204-CV

\* October 19, 2023

Theresa Hansen,

\* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Vincent P. Rascon.